UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:12-00218

**MITCHELL RAY WORKMAN**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On August 15, 2018, the United States of America appeared by Erik S. Goes, Assistant United States Attorney, and the defendant, Mitchell Ray Workman, appeared in person and by his counsel, Tim C. Carrico, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Justin L. Gibson. The defendant commenced a 16-month term of supervised release in this action on January 12, 2018.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of

supervised release in the following respects: (1) the defendant used and possessed methamphetamine as evidenced by a positive urine specimen submitted by him on March 7, 2018, the defendant having signed a voluntary admission form acknowledging his use of methamphetamine on or about March 4, 2018; (2) the defendant failed to abide by the special condition that he spend a period of six months in a community confinement center inasmuch as he began his term at Dismas Charities on January 12, 2018, and was terminated on May 17, 2018, after failing to abide by the rules and regulations of the facility; and (3) the defendant failed to attend individual counseling sessions as instructed in April and May of 2018; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FOUR (4) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: August 16, 2018

John T. Copenhaver, Jr.
United States District Judge